BEFORE THE SECOND DIVISION, JULY 25, 1963

No. 67905.—American Pecco Corp. *v.* United States, protest 62/14724 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.